# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KIRK WILLIAMS,

        Plaintiff,

v.

STATE OF WASHINGTON,

        Defendant.

Case No. 15-168 RSL-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed Plaintiff's complaint, Defendant's motion to dismiss, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **Orders** as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Defendant's Motion to Dismiss (Dkt. 6) is **GRANTED.** Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE.**

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 18th day of May, 2015.

                                                Robert S. Lasnik
                                                United States District Judge